# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA,<br>　*Plaintiff*, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 3:24-cv-02920-E-BN |
| | § | |
| GEXA ENERGY, LP and NEXTERA<br>ENERGY, INC.<br>　*Defendants*. | §<br>§<br>§<br>§ | |

## NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR DEFENDANTS GEXA ENERGY, LP AND NEXTERA ENERGY, INC.'S

Pursuant to the Court's December 4, 2024, Order (Dkt. #05), Lauren Vogel with the law firm of Bradley Arant Boult Cummings LLP, makes her appearance as local counsel of record for Gexa Energy, LP and Nextera Energy, Inc. ("Defendants"). Ms. Vogel requests that she receive notice of all pleadings, notices and orders filed in this matter at the address below.

Lauren M. Vogel
Bradley Arant Boult Cummings LLP
lvogel@bradley.com
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Tel: (214) 257-9800
Fax: (214) 939-8787

**Dated:  December 10, 2024**      RESPECTFULLY SUBMITTED,

**Bradley**

By:   */s/ Lauren M. Vogel*
     Lauren M. Vogel
     Texas Bar No. 24114574
     lvogel@bradley.com
     Fountain Place
     1445 Ross Avenue, Suite 3600
     Dallas, Texas 75202
     Tel: (214) 257-9800
     Fax: (214) 939-8787

     Robert H. Ford
     rford@bradley.com
     TX State Bar No. 24074219
     JPMorgan Chase Tower
     600 Travis Street, Suite 5600
     Houston, Texas 77002
     Tel:  (713) 576-0300
     Fax: (713) 576-0301

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 10, 2024, I caused a true and correct copy of the foregoing to be served on Plaintiff (who is unrepresented by counsel) via email, first-class mail, and/or certified mail return receipt requested as provided below:

**Via CMRRR # 9314 8699 0430 0129 0941 44**
Robert Allen Bautista
PO Box 131385
Dallas, TX 75313-1385
RBRTBTST16@gmail.com

**PRO SE PLAINTIFF**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren M. Vogel*
　　　　　　　　　　　　　　　　　　　　　　　　Lauren M. Vogel