# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:24-cv-02920-E-BN |
| | § | |
| GEXA ENERGY, LP and NEXTERA | § | |
| ENERGY, INC. | § | |
| *Defendants*. | § | |

## APPEARANCE OF COUNSEL
## FOR DEFENDANTS GEXA ENERGY, LP AND NEXTERA ENERGY, INC.

TO:   The clerk of court and all parties of record

Emily A. Webb, with the law firm of Bradley Arant Boult Cummings LLP, makes her appearance as counsel of record for Gexa Energy, LP and Nextera Energy, Inc. Ms. Webb is admitted to practice in this Court and respectfully requests that she receive notice of all pleadings, notices and orders filed in this matter at the address below.

Emily A. Webb
Bradley Arant Boult Cummings LLP
ewebb@bradley.com
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Tel: (214) 257-9800
Fax: (214) 939-8787

[*Signatures on following page.*]

Dated: December 31, 2024       RESPECTFULLY SUBMITTED,



By:   */s/ Emily Webb*
Emily A. Webb
Texas Bar No. 24131746
ewebb@bradley.com
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Tel: (214) 257-9800
Fax: (214) 939-8787

Robert H. Ford
rford@bradley.com
TX State Bar No. 24074219
JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel: (713) 576-0300
Fax: (713) 576-0301

### CERTIFICATE OF SERVICE

I hereby certify that, on December 31, 2024, I caused a true and correct copy of the foregoing to be served on Plaintiff (who is unrepresented by counsel) via email, first-class mail, and/or certified mail return receipt requested as provided below:

**Via CMRRR # 70001530000311925018**
Robert Allen Bautista
PO Box 131385
Dallas, TX 75313-1385
RBRTBTST16@gmail.com

**PRO SE PLAINTIFF**

   */s/ Emily A. Webb*
Emily A. Webb