IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
|     *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:24-cv-02920-E-BN |
| | § | |
| GEXA ENERGY, LP and NEXTERA | § | |
| ENERGY, INC. | § | |
|     *Defendants*. | § | |

## LAUREN M. VOGEL'S MOTION TO WITHDRAW AS COUNSEL

Lauren M. Vogel files this Motion to Withdraw as Counsel. In support of the Motion, Ms. Vogel would respectfully show the Court as follows:

1. Ms. Vogel respectfully requests that the Court enter an order discharging her as an attorney of record for Defendants Gexa Energy, LP and Nextera Energy, Inc. (collectively, "Defendants") in the above-captioned matter, and to further order that she has no future responsibilities or obligations on behalf of Defendants in this case.

2. There is good cause for this Court to grant the motion to withdraw because Ms. Vogel is leaving Bradley Arant Boult Cummings LLP.

3. Emily A. Webb is filing an Appearance of Counsel herewith and appears as counsel of record for Defendants, as required by Local Rule 83.10. Her Texas bar number is 24131746, and her office address, email address, telephone number, and fax number are as follows:

> Emily A. Webb
> Bradley Arant Boult Cummings LLP
> Fountain Place
> 1445 Ross Avenue, Suite 3600
> Dallas, Texas 75202
> Tel: (214) 257-9800
> Fax: (214) 939-8787
> ewebb@bradley.com

4. Defendants will also continue to be represented by Robert Ford, Kris Reliford, and Mary Grace Whitten, attorneys with Bradley Arant Boult Cummings LLP.

5. Ms. Vogel's withdrawal will not affect any pending deadlines or forthcoming proceedings in this matter.

6. Ms. Vogel's withdrawal is not sought for the purposes of delay and will not result in any delay.

Accordingly, Lauren M. Vogel respectfully moves for an Order granting her request to withdraw as counsel in this matter.

Dated:  December 31, 2024          RESPECTFULLY SUBMITTED,



By:    */s/ Lauren M. Vogel*
**Lauren M. Vogel**
Texas Bar No. 24114574
lvogel@bradley.com
**Emily A. Webb**
Texas Bar No. 24131746
ewebb@bradley.com
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Tel: (214) 257-9800
Fax: (214) 939-8787

**Robert H. Ford**
rford@bradley.com
Texas Bar No. 24074219
**Kris Reliford**
kreliford@bradley.com
Texas Bar No. 24138667
**Mary Grace Whitten**
mwhitten@bradley.com
Texas Bar No. 24143519
JPMorgan Chase Tower

600 Travis Street, Suite 5600
Houston, Texas 77002
Tel: (713) 576-0300
Fax: (713) 576-0301

## CERTIFICATE OF SERVICE

I hereby certify that, on December 31, 2024, I caused a true and correct copy of the foregoing to be served on Plaintiff (who is unrepresented by counsel) via email, first-class mail, and/or certified mail return receipt requested as provided below:

**Via CMRRR # 70001530000311925018**
Robert Allen Bautista
PO Box 131385
Dallas, TX 75313-1385
RBRTBTST16@gmail.com

**PRO SE PLAINTIFF**

*/s/ Lauren M. Vogel*
Lauren M. Vogel