IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ALLEN BAUTISTA,<br>    *Plaintiff*,<br><br>vs.<br><br>GEXA ENERGY, LP and NEXTERA<br>ENERGY, INC.<br>    *Defendants*. | § § § § § § § § § §    CIVIL ACTION NO. 3:24-cv-2920-E-BN |

**ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL**

Came on to be considered Defendants Gexa Energy, LP and Nextera Energy, Inc. Motion to Withdraw as Counsel in the above cause, and the Court, having considered the Motion, is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Lauren M. Vogel, is discharged as counsel for Defendants Gexa Energy, LP and Nextera Energy, Inc., and that she has no future responsibilities or obligations on behalf of Defendants in this case.

SIGNED this 6th day of January, 2025.

_____
JUDGE PRESIDING

Solo Page