IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § § § § | |
| Plaintiff, | | |
| V. | § § § § § § § § | No. 3:24-cv-2920-E-BN |
| GEXA ENERGY, LP and NEXTERA ENERGY, INC., | | |
| Defendants. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES the request for a temporary restraining order or preliminary injunction [Dkt. No. 22].

SO ORDERED this 30th day of January, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE