# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:24-cv-2920 |
| | § | |
| GEXA ENERGY, LP and | § | |
| NEXTERA ENERGY, INC. | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANTS GEXA ENERGY, LP AND NEXTERA ENERGY, INC.'S FRCP 12(b)(6) MOTION TO DISMISS

Before the Court is Defendants Gexa Energy, LP and Nextera Energy, Inc.'s FRCP 12(b)(6) Motion to Dismiss. The Court is of the opinion that the Motion is meritorious. It is therefore,

ORDERED that Defendants Motion to Dismiss is hereby GRANTED; it is further,

ORDERED that Plaintiff Robert Allen Bautista's claims against Defendants are DISMISSED WITH PREJUDICE.

So, Ordered.

SIGNED this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

4920-0701-7557.1