IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Robert Allen Bautista, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:24-cv-2920-E-BT |
| Gexa Energy, LP, et al., | § § § | |
| *Defendants*. | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 11, 2026 (ECF No. 45). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and Defendants' Motion to Dismiss is **GRANTED**. Plaintiff Robert Allen Bautista's Complaint is hereby **DISMISSED WITH PREJUDICE**.  The Clerk of the Court is directed to close this case.

(*Signature Page Follows*)

**SO ORDERED.**

20th day of March, 2026.

_____

ADA BROWN
UNITED STATES DISTRICT JUDGE